UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

DAVID FERNANDES III,
                            Defendant.

ORDER OF CONTINUANCE

25 Mag. 1408

Upon the application of the United States of America and the affirmation of MARCIA S. COHEN, Assistant United States Attorney, it is found that DAVID FERNANDES III, the defendant, was charged with violations of 18 U.S.C.§§ 1470 and 2260A, in a complaint dated April 29, 2025, and was arrested on May 1, 2025;

It is further found that the defendant was presented before Magistrate Judith C. McCarthy on May 2, 2025, and the defendant was detained.

It is further found that Rachel Martin, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is

hereby granted until **June 25, 2025.**

Dated: White Plains, New York
      May 28, 2025

                                   UNITED STATES MAGISTRATE JUDGE

2