UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-

DAVID FERNANDES, III,


               Defendant.

-----------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
7th ORDER OF CONTINUANCE


25 Mag. 01408


     The United States of America and the defendant jointly request and agree that the time period from **11/12/2025** to **12/10/2025** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The defendant, who is detained, is charged with violations of Title 18, United States Code, Sections 1470 (sending obscenity to minors) and 2260A (penalties for registered sex offenders). The 2260A charge carries a mandatory term of 10 years. The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial.   Defense counsel is in the process of retaining an expert to examine the defendant. This examination will assist the defense in preparing a submission for the Government concerning a potential disposition.

     By the following signatures we agree and consent to the exclusion of time noted above:

_____      11/2/2025      _____      10-31-2025
Defendant's Counsel          Date           Assistant U.S. Attorney       Date
Sungso Lee, Esq.                            Marcia S. Cohen

     The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act.   The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.   The defendant consents and agrees to the above request.

_____ for David Fernandes, III      11/2/2025
Defendant                                               Date
DAVID FERNANDES, III

     The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **11/12/2025** to **12/10/2025** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of

the public and the defendant in a speedy trial, for the reasons set forth above. ~~The Court further orders:~~ .

Dated: 11-12-2025

White Plains, New York

SO ORDERED

United States Magistrate Judge