UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

      -v-

DAVID FERNANDES, III,

               Defendant.

----------------------------------------------------------------x

STIPULATION IN SUPPORT
OF APPLICATION FOR
7TH OR SUBSEQUENT
ORDER OF CONTINUANCE AND
12th ORDER OF CONTINUANCE

25 Mag. 01408

       The United States of America and the defendant jointly request and agree that the time period from **4/1/2026 to 4/29/2026** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time The defendant, who was arrested on May 2, 2025 and ordered detained on grounds of dangerousness, is charged with violations of Title 18, United States Code, Sections 1470 (sending obscenity to minors) and 2260A (penalties for registered sex offenders). The 2260A charge carries a mandatory term of 10 years to run consecutive to the sentence received for the 1470 charge. The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. Defense counsel is in the process of preparing a submission to the Government concerning a potential disposition. Defense counsel retained an expert to examine the defendant and prepare a report. Although counsel had hoped to make her submission to the Government by the end of March, she was not able to do so due to the press of other time-sensitive matters. Counsel hopes to make her submission within the next month.

       By the following signatures we agree and consent to the exclusion of time noted above:

| | | | |
|---|---|---|---|
| _____ | 3/31/26 | _____ | 3-31-2026 |
| Defendant's Counsel | Date | Assistant U.S. Attorney | Date |
| Sungso Lee, Esq. | | Marcia S. Cohen | |

       The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act.   The defendant understands that he/she has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above.   The defendant consents and agrees to the above request. **Defense counsel has discussed this stipulation with the defendant and has the defendant's authorization to sign on his behalf.**

_____

_____
Defendant
DAVID FERNANDES, III

     3/31/26
     Date

       The joint application of the United States of America and the defendant having been

heard at a proceeding on the date below, the time period from **4/1/2026** to **4/29/2026** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above.   The Court further orders: _JM_____.

Dated: ___4-1-2026____
White Plains, New York

**SO ORDERED**

_____
United States Magistrate Judge